Núm. 8436.—Victory Garden. Radio Shop, apldo. *v.* Jiménez, aplte.—C. D. San Juan. Noviembre 14, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, dictada sentencia en este caso en abril 1, 1941, se apeló de ella para ante este tribunal tres días después; y

Por cuanto, la parte apelante para perfeccionar su recurso fué solicitando prórrogas, la última de las cuales venció en agosto 31, 1941, sin que después haya hecho ninguna otra gestión; y

Por cuanto, la parte apelada por tal motivo solicitó la desestimación del recurso por moción de octubre 9, 1941, notificada a la parte contraria y vista el 10 de noviembre actual:

Por tanto, vistas la ley y la jurisprudencia aplicables, debe desestimarse y se desestima, por abandono, el recurso.

Núm. 8393.—Banco Popular de Puerto Rico, apldo. *v.* López, aplte.—C. D. San Juan. Noviembre 25. 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Vista la moción de la apelada solicitando la desestimación de este recurso, la que fué debidamente notificada a la apelante;

Por cuanto, a la vista celebrada no compareció ninguna de las partes a pesar de haber sido notificadas del señalamiento;

Por cuanto, de la certificación expedida por el Secretario de la corte inferior aparece que desde el día 4 de junio de 1941, fecha en que la demandada radicó su escrito de apelación, no ha solicitado la transcripción de evidencia ni ha hecho gestión alguna para perfeccionar su apelación,

Por tanto, visto el artículo 59 del reglamento de esta corte, se desestima el recurso por abandono.